**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 4 WAL 2024

           Respondent                   :

                                                :   Petition for Allowance of Appeal

              v.                           :   from the Order of the Superior Court

                                                :

MAURICE BAILEY,                       :

           Petitioner                     :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 30th day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.